IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LAVELL E. HALE,<br><br>　　　　　　　Defendant. | Case No.:　19-03137-01-CR-S-SRB |

## *MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

**COMES NOW**, the United States of America, by the undersigned Assistant United States Attorney for the Western District of Missouri, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Defendant, **Lavell E. Hale (Jacket # 2956409)**, is currently incarcerated at:　**Greene County Detention Center, 1000 N. Boonville Ave., Springfield, Missouri, 65802**.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Timothy A. Garrison
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　By:　*/s/ Josephine L. Stockard*
　　　　　　　　　　　　JOSEPHINE L. STOCKARD
　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　901 St. Louis Street, Suite 500
　　　　　　　　　　　　Springfield, Missouri　65806-2511
　　　　　　　　　　　　(417) 831-4406