# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-03137-01-CR-S-SRB |
| Lavell E. Hale | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America, Plaintiff                                                                                                    .

Date: 01/29/2026

/s/ Christine I. Schlegl
*Attorney's signature*

Christine I. Schlegl, #73928
*Printed name and bar number*

U.S. Attorney's Office
The Hammon's Tower
901 E. St. Louis Street, Ste. 500
Springfield, MO  65806
*Address*

christine.schlegl@usdoj.gov
*E-mail address*

(417) 831-4406
*Telephone number*

(417) 831-0078
*FAX number*